UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., a minor, by and through his guardian ad litem Richard Padilla,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY HEALTHCARE NETWORK, et al.,<br><br>Defendants. | No. 1:19-cv-01090-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 6) |

      On August 28, 2019, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 6.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 2, 2019**                /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE